THERESE ANN JOHNSON, APPELLANT AND CROSS-APPELLEE, V.
ARNOLD ALBERT JOHNSON, APPELLEE AND CROSS-APPELLANT.
376 N.W.2d 558

Filed November 22, 1985. No. 84-198.

Thomas H. DeLay of Mueting, DeLay & Stoffer, for appellant.

Edward J. Keane and Alice S. Horneber of Margolin, Gildemeister & Willia, for appellee.

KRIVOSHA, C.J., WHITE, HASTINGS, and CAPORALE, JJ., and MORAN, D.J.

PER CURIAM.

This appeal involves a domestic relations matter in which appellant questions the division of property and alimony. Appellee has cross-appealed, claiming excessive alimony and child support. Upon de novo review we conclude that the record fails to show an abuse of discretion with respect to any of these issues. The judgment is therefore affirmed.

Appellee shall pay the costs including $1,000 to apply to appellant's attorney fee in this court.

AFFIRMED.